U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:00-cv-210-S

| | | |
|---|---|---|
| ALICIA PEDREIRA, ET AL., | ) | *ELECTRONICALLY FILED* |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| | ) | DEFENDANT SUNRISE CHILDREN'S |
| v. | ) | SERVICES, INC.'S MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| SUNRISE CHILDREN'S SERVICES | ) | |
| INC., ET AL., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Pursuant to Fed. R. Civ. P. 56, Defendant Sunrise Children's Services, Inc. ("Sunrise") moves the Court for summary judgment dismissing the Second Amended Complaint (DN 439) in its entirety and with prejudice. As grounds for its motion, Sunrise states that there is no genuine issue of material fact and that Defendants are entitled to judgment as a matter of law. In support of this motion, Sunrise relies upon the entire record in this action. Sunrise files concurrently with this motion, and incorporates by reference into said motion, a supporting memorandum and an appendix containing statutes, administrative regulations, depositions (with exhibits), an answer to an interrogatory, and an affidavit (with exhibits). Sunrise also concurrently files with this motion a proposed Order granting the relief.

WHEREFORE, Sunrise respectfully requests that this Court GRANT its motion for summary judgment, ENTER JUDGMENT in favor of Defendants and against Plaintiffs, and GRANT Sunrise all other relief to which it may be entitled.

Respectfully submitted,

/s/ John O. Sheller
John O. Sheller
Jeffrey A. Calabrese
Joseph A. Bilby
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY  40202
Phone: (502)333-6000
Fax: (502) 333-6099
john.sheller@skofirm.com
jeff.calabrese@skofirm.com
joe.bilby@skofirm.com
*COUNSEL   FOR   DEFENDANT   SUNRISE*
*CHILDREN'S SERVICES, INC.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send email notification to the following.

David B. Bergman
Ian S. Hoffman
R. Stanton Jones
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004

William E. Sharp
ACLU of Kentucky Foundation, Inc.
315 Guthrie Green Street, Suite 300
Louisville, KY 40202

Ayesha Khan
Alex J. Luchenitser
Americans United for Separation of Church & State
518 C St., NE
Washington, D.C. 20002

2

Jonathan Goldberg
Jennifer Luhrs
Goldberg & Simpson
9301 Dayflower Street
Louisville, KY 40059

James D. Esseks
ACLU Lesbian, Gay, Bisexual & Transgender Rights Project
125 Broad Street, 18th Floor
New York, New York 10004-2400

Daniel Mach
ACLU Foundation Program on Religion and Belief
915 15th Street NW, 6th Floor
Washington, DC 20005

/s/ John O. Sheller
John O. Sheller

109439.127115/854266.1