UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ALICIA M. PEDREIRA, et al.**                                                                                    **PLAINTIFFS**

**vs.**                                                              **CIVIL ACTION NO.  3:00-CV-210-CRS**

**SUNRISE CHILDREN'S SERVICES, INC.**                                                    **DEFENDANTS**
**f/k/a KENTUCKY BAPTIST HOMES**
**FOR CHILDREN, INC., et al.**

### ORDER

This matter is before the Court on a joint motion of the Plaintiffs, Alicia M. Pedreira, *et al.*, and the Commonwealth Defendants (Janie Miller, Secretary, Cabinet for Health and Family Services and J. Michael Brown, Secretary, Justice and Public Safety Cabinet) for a stay of proceedings pending further settlement negotiations.  Defendant Sunrise Children's Services, Inc. ("Sunrise") objects to any further stay of this case and has additionally moved to strike the reply brief filed in support of the motion for stay.

Motions having been made and upon due consideration by the Court, **IT IS HEREBY ORDERED AND ADJUDGED**  that the Joint Motion for Stay of Proceedings (DN 610) is **DENIED.**

**IT IS FURTHER ORDERED** that the motion of the defendant, Sunrise Children's Services, Inc. to strike (DN 613) is **DENIED.**

**IT IS FURTHER ORDERED**  that the Plaintiffs, Alicia M. Pedreira, *et al.*, **SHALL RESPOND** to the motion of Sunrise Children's Services, Inc., for summary judgment (DN 480) and the motion for Joinder in Sunrise's Motion for Summary Judgment (DN 495) **WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF ENTRY OF THIS ORDER.**   The

Defendants **MAY REPLY** to the Plaintiffs' responses **WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE OF THE RESPONSE.**

November 12, 2020

Charles R. Simpson III, Senior Judge
United States District Court