# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

|  |  |  |
|---|---|---|
| ALICIA M. PEDREIRA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:00-CV-210-S |
| | ) | |
| SUNRISE CHILDREN'S SERVICES, INC., | ) | **Electronically Filed** |
| F/K/A KENTUCKY BAPTIST HOMES | ) | |
| FOR CHILDREN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' and the Commonwealth Defendants'

Joint Motion for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure

41(a)(2). Upon consideration of the motion and any response thereto, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the above-captioned lawsuit is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


Dated: _____          _____

                                        HON. CHARLES R. SIMPSON III
                                        UNITED STATES DISTRICT JUDGE