**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| ALICIA M. PEDREIRA, *et al.*, | ) | |
| | ) | |
|     *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:00-CV-210-S |
| | ) | |
| SUNRISE CHILDREN'S SERVICES, INC., | ) | **Electronically Filed** |
| F/K/A KENTUCKY BAPTIST HOMES | ) | |
| FOR CHILDREN, INC., *et al.*, | ) | |
| | ) | |
|     *Defendants*. | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on the joint motion by Plaintiffs and the Commonwealth Defendants for an extension of time to reply to Sunrise's opposition to Plaintiffs' and the Commonwealth Defendants' joint motion for voluntary dismissal with prejudice. The Court, having considered the motion, hereby ORDERS that the motion is GRANTED. Plaintiffs' and the Commonwealth Defendants' reply in support of their joint motion for voluntary dismissal with prejudice shall be filed on or before May 18, 2021.

Dated: _____, 2021                         _____
                                                                                  United States District Judge