## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ALICIA M. PEDREIRA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 3:00-CV-210-S |
| SUNRISE CHILDREN'S SERVICES, INC., F/K/A KENTUCKY BAPTIST HOMES FOR CHILDREN, INC., *et al.*, | ) **Electronically Filed** |
| *Defendants*. | ) |

## ORDER

This matter comes before the Court on the joint motion by Plaintiffs and the Commonwealth Defendants for an extension of time to reply to Sunrise's opposition to Plaintiffs' and the Commonwealth Defendants' joint motion for voluntary dismissal with prejudice. The Court, having considered the motion, hereby ORDERS that the motion is GRANTED. Plaintiffs' and the Commonwealth Defendants' reply in support of their joint motion for voluntary dismissal with prejudice shall be filed on or before May 18, 2021.

April 22, 2021

Charles R. Simpson III, Senior Judge
United States District Court